In the Matter of the Application of MARGARET J. KNOTT and Others, against FIORELLO H. LAGUARDIA, Chairman, and Others, Constituting the Board of

Estimate of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.